◼ In the Matter of HELEN B. SINCLAIR, Appellant, v SANDY CREEK CENTRAL SCHOOL DISTRICT, Respondent. [726 NYS2d 896] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Elliott, J. (Appeal from Judgment of Supreme Court, Oswego County, Elliott, J.— CPLR art 78.) Present—Green, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ.